| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 9:26-CR-1
§
MANUEL GOMEZ AYALA §

## MEMORANDUM AND ORDER

Pending before the court is the Government's Motion to Appeal Order of Release (#10), seeking the pretrial detention of Defendant Manuel Gomez Ayala ("Gomez Ayala"). Having considered the motion, the transcript of the detention hearing held before United States Magistrate Judge Peter Bray, and the report of the United States Pretrial Services Officer ("PSR"), the court is of the opinion that the pretrial detention of Gomez Ayala is warranted. The evidence adduced at the hearing establishes by a preponderance of the evidence that Gomez Ayala poses a risk of flight and by clear and convincing evidence that he poses a danger to the community and that there are no conditions or combination of conditions of release that would reasonably assure his appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e).

Special Agent Peter Kogler ("Agent Kogler") of Homeland Security Investigations and Immigration and Customs Enforcement was called as a witness by the Government at the detention hearing. According to Agent Kogler, Gomez Ayala was arrested by troopers with the Texas Department of Public Safety during a traffic stop on December 13, 2025, and placed in state custody in the Angelina County Jail in Lufkin, Texas. Following his arrest, Immigration Enforcement Removal Operations retrieved Gomez Ayala from state custody and placed him in immigration custody at the Metropolitan Processing Center in Conroe, Texas, which is located in the Southern District of Texas. Gomez Ayala is currently in federal criminal custody. The

Department of Homeland Security has determined that he is a removable alien and has lodged a detainer against him. Agent Kogler testified at the hearing that if Gomez Ayala were given a bond in this proceeding, he could remain in immigration custody, be given an immigration bond, or be deported to Mexico.

On December 16, 2025, the Government filed a Complaint (#1) against Gomez Ayala in the Lufkin Division of the Eastern District of Texas, where the offense conduct occurred. On January 7, 2026, a federal grand jury in the Lufkin Division of the Eastern District of Texas returned an Indictment (#8) charging Gomez Ayala in Count One with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(5)(A) (prohibiting possession of a firearm by an alien illegally or unlawfully in the United States). If convicted of Count One, Gomez Ayala faces a maximum term of imprisonment of 15 years, a fine not to exceed $250,000.00, and a term of supervised release of not more than 3 years.

According to the evidence and testimony presented at the hearing, this case arises from a traffic stop that occurred in the Eastern District of Texas. On December 13, 2025, a state trooper with the Texas Department of Public Safety effected a stop on a vehicle in Lufkin, Texas, for having a burned-out headlight. Following a request for identification, Gomez Ayala, who was the sole occupant of the vehicle, presented a Mexican Matricula Consular Identification card dated March 11, 2021, bearing his name, which is an identification card issued by the Country of Mexico to Mexican nationals. Gomez Ayala admitted that he did not have a driver's license. The trooper detected the odor of marijuana emanating from the vehicle and asked Gomez Ayala whether he was in possession of an illicit substance. Gomez Ayala admitted that there was marijuana inside the vehicle. The trooper asked Gomez Ayala to exit the vehicle and conducted

a probable cause search. During the search, the trooper discovered a FN 9-millimeter pistol underneath the driver's seat with a loaded magazine. The trooper also located three plastic bags containing a total of 3.5 ounces of marijuana on the floorboard of the backseat. The Bureau of Alcohol, Tobacco, Firearms, and Explosives examined the firearm and determined that it was not manufactured in Texas, thereby affecting interstate or foreign commerce. Gomez Ayala also admitted to law enforcement that he was in the United States illegally and had been in this country for over twenty years. Further investigation revealed that he previously submitted applications for employment authorization and for consideration of deferred action for childhood arrivals ("DACA") in 2013, which were denied in 2014. Thus, Gomez Ayala has illegally remained in the United States for more than ten years since his applications were denied. He has not attempted to adjust his status or seek asylum in the United States. Gomez Ayala admitted that he does not have legal status to enter, work, or reside in the United States.

The PSR reveals that Gomez Ayala, age 39, was born and raised in Zacatecas, Mexico. He immigrated to the United States at age 11 and lived in Gainesville, Texas, for twenty years. In 2022, Gomez Ayala relocated to Diboll, Texas, where he has resided with his family since that time. Gomez Ayala has three children, ages 15, 13, and 4, with his common law wife of sixteen years, Christina Soto ("Soto"). Soto is not a United States Citizen, but she has legally protected status under DACA. Gomez Ayala admitted that he possesses a Mexican passport. Gomez Ayala and Soto are named as owners on a deed to a home located in Angelina County, Texas, where Gomez Ayala, Soto, and their children reside. According to the Angelina County Appraisal District, Soto is the listed homeowner and the home is appraised at $68,320. Gomez Ayala reported owning a 2008 Chevrolet Avalanche, and Soto is the registered owner of a 2018 Kia

Sorrento.  Gomez Ayala dropped out of high school and did not disclose any further education or vocational skills.

Gomez Ayala reported to Pretrial Services that he has worked construction jobs since he was 20 years old.  Currently, he is employed by PCS Construction, where he has worked for approximately three years.  According to his PSR, Gomez Ayala admitted using illicit substances and has a history of substance abuse.  Gomez Ayala reported that he began using marijuana when he was 22 years old and continued using marijuana on the weekends, with his last use being on the date of his arrest.  He admitted that he has never sought or participated in any drug or alcohol treatment.  Gomez Ayala has two cases pending in Angelina County for possession of marijuana and unlawfully carrying a weapon stemming from the traffic stop detailed above.

In view of the nature and circumstances of the offense charged, which includes his driving a vehicle without a license while in possession of a loaded firearm and marijuana, his admitting to using marijuana that same day, his history of untreated substance abuse, his lack of legal ties and status in the United States, his Mexican citizenship and passport, his decision to remain in the United States illegally following the denial of his applications for employment authorization and consideration for DACA, and the substantial penalties he is facing if convicted, Gomez Ayala's pretrial release is not warranted.  The court concludes that Gomez Ayala constitutes a risk of flight and a danger to the community such that no condition or combination of conditions will reasonably assure his appearance as required and the safety of the community.  18 U.S.C. § 3142(e); *see United States v. Esquivel-Bataz*, 155 F.4th 491, 492-94 (5th Cir. 2025).

Accordingly, the Government's Motion to Appeal Order of Release (#10) is GRANTED. Gomez Ayala shall remain in custody pending trial.

SIGNED at Beaumont, Texas, this 15th day of January, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE